PEOPLE V LEONARD WALKER, No. 138659; Court of Appeals No. 279500.

PEOPLE V COTTENHAM, No. 138663; Court of Appeals No. 280782.

STERNBERG V MICHIGAN STATE UNIVERSITY, No. 138674; Court of Appeals No. 281521.

PEOPLE V BLACKAMORE, No. 138683; Court of Appeals No. 283487.

PEOPLE V NASH, No. 138695; Court of Appeals No. 290226.

PEOPLE V SCOTT LINCOLN, No. 138751; Court of Appeals No. 288462.

GENTNER V FARM BUREAU INSURANCE COMPANY, No. 139005; Court of Appeals No. 290013.

PEOPLE V LEONARR MOORE, No. 139009; Court of Appeals No. 291194.

*In re* COVINGTON (DEPARTMENT OF HUMAN SERVICES V COVINGTON), No. 139031; Court of Appeals No. 291640.

*Reconsideration Granted June 23, 2009:*

PEOPLE V RICHMOND, No. 136648. On order of the Court, the motion for reconsideration of this Court's October 31, 2008, order is granted. We vacate our order dated October 31, 2008. On reconsideration, the application for leave to appeal the April 22, 2008, judgment of the Court of Appeals is considered, and it is granted, limited to the issue whether the prosecutor's dismissal of the charges rendered moot the prosecutor's subsequent appeal to the Court of Appeals. In discussing this issue, the parties shall address the relevance, if any, of *People v Torres*, 452 Mich 43 (1996), *Dybata v Kistler*, 140 Mich App 65 (1985), and *Detroit v Ambassador Bridge Co*, 481 Mich 29 (2008).

We further order the Wayne Circuit Court, in accordance with Administrative Order No. 2003-3, to determine whether the defendant is indigent and, if so, to appoint the State Appellate Defender Office to represent the defendant in this Court.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae. Leave to appeal denied at 482 Mich 1041. Court of Appeals No. 277012.

*Reconsiderations Denied June 23, 2009:*

VAUGHAN V THOMAS, No. 134989. Leave to appeal denied at 483 Mich 976. Court of Appeals No. 267396.

DEPARTMENT OF ENVIRONMENTAL QUALITY V WATEROUS COMPANY, No. 136520. Leave to appeal denied at 483 Mich 890. Reported below: 279 Mich App 346.

CORRIGAN, J. I would grant the motion for reconsideration.

MARKMAN, J. I would grant the motion for reconsideration and, on reconsideration, would grant leave to appeal for the reasons set forth in my dissenting statement in this case, 483 Mich 890 (2009).